Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOT YOGA, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | NO.  2:21-cv-00174-TLF<br><br>NOTICE OF RELATED CASES |

Plaintiff Hot Yoga, Inc. asserts claims for business interruption coverage stemming from government closure orders issued in response to the COVID-19 pandemic.  Numerous similar actions are pending in this District, and each of these cases has been referred to the Honorable Barbara J. Rothstein.  As set forth in LCR 3(g)(4)(B), the actions listed below are related to the above-captioned action because all of the actions assert claims for business interruption coverage, each involves common or materially identical insuring forms, and it appears likely there will be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases are conducted before different judges.

NOTICE OF RELATED CASES - 1
No. 2:21-cv-00174-TLF

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

The related actions include:

- *Nguyen, et al. v. Travelers Cas. Ins. Co. of Am., et al.*, No. 2:20-cv-00597-BJR;

- *Chorak, et al. v. Hartford Cas. Ins. Co., et al.*, No. 2:20-cv-00627-BJR;

- *Germack v. The Dentists Ins. Co.*, No. 2:20-cv-00661-BJR;

- *Pacific Endodontics, et al. v. The Ohio Cas. Ins. Co., et al.*, No. 2:20-cv-00620-BJR;

- *Caballero v. Massachusetts Bay Ins. Co.*, No. 3:20-cv-05437-BJR;

- *La Cocina de Oaxaca LLC v. Tri-State Ins. Co. of Minn.*, No. 2:20-cv-01176-BJR;

- *Marler, et al. v. Aspen Am. Ins. Co.*, No. 2:20-cv-00616-BJR;

- *McCulloch, et al. v. Valley Forge Ins. Co., et al.*, No. 2:20-cv-00809-BJR;

- *Owens Davies, P.S., v. Nat'l Fire Ins. Co. of Hartford*, No. 3:20-cv-06155-BJR;

- *SCRBKR2017, LLC v. Sentinel Ins. Co.*, No. 2:20-cv-01537-BJR;

- *Seattle Bakery LLC et al. v. Sentinel Ins. Co.*, No. 2:20-cv-01540-BJR; and

- *Piroshky Piroshky Bakery LLC et al. v. Sentinel Ins. Co.*, No. 2:20-cv-01541-BJR.

DATED this 12th day of February, 2021.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff Hot Yoga, Inc.

By   *s/Mark Wilner*
Mark Wilner, WSBA #31550
John D. Cadagan, WSBA #47996
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
mwilner@gordontilden.com
jcadagan@gordontilden.com

NOTICE OF RELATED CASES - 2
No. 2:21-cv-00174-TLF

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477