THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOT YOGA, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | No.: 2:21-cv-00174-BRJ <br><br> ORDER GRANTING STIPULATED MOTION TO STAY |

The Court having read and considered the Stipulated Motion to Stay Proceedings submitted by Plaintiff Hot Yoga, Inc. ("Hot Yoga") and Defendant Philadelphia Indemnity Insurance Company ("PIIC") (together, the "Parties"), the Court hereby GRANTS the Motion and STAYS all scheduling deadlines—including but not limited PIIC's deadline to answer or otherwise respond to Hot Yoga's Complaint—pending a ruling by this Court on the motions to dismiss filed by the defendants in the *COVID-19 Class Actions*.[1]  This stay will automatically terminate seven (7) days after the Court's decision, and PIIC shall then have 14 days (14) days from the termination date to answer, move, or otherwise plead in

---

[1] *Wade K. Marler, DDS v. Aspen Am. Ins. Co.*, Case No. 2:20-cv-00616-BJR; *Kara McCulloch DMD MSD PLLC v. Valley Forge Ins. Co.*, Case No. 2:20-cv-00809-BJR; *Carlos O. Caballero, DMD, MS,*

1

response to Hot Yoga's Complaint. Nothing herein shall be deemed a waiver of any rights or defenses by any Party except as set forth herein.

DATED: March 10, 2021

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

---

*PS v. Mass. Bay Ins. Co.*, Case No. 3:20-cv-05437-BJR; *Chorak v. Hartford Cas. Ins. Co.*, Case No. 2:20-cv-00627-BJR; *Pacific Endodontic, P.C. v. Ohio Cas. Ins. Co.*, Case No. 2:20-cv-00620-BJR; *Nguyen v. Travelers Cas. Ins. Co. of Am.*, Case No. 2:20-cv-00597-BJR; and *La Cocina De Oaxaca LLC v. Tri-State Ins. Co. of Minn.*, Case No. 2:20-cv-01175-BJR.

2