Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOT YOGA, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | NO. 2:21-cv-00174-BJR<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS |

## STIPULATION

Plaintiff and Defendant submit this Stipulation and Proposed Order to set a briefing schedule for Defendant's Motion to Dismiss (Dkt. 13).

- Defendant filed its Motion to Dismiss on Friday, June 18, 2021 (Dkt. 13);

- Plaintiff shall file its opposition on Monday, July 19, 2021; and

- Defendant shall file its Reply on or before Thursday, August 19, 2021.

STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION TO DISMISS - 1
No. 2:21-cv-00174-BJR

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 18th day of June, 2021.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff Hot Yoga, Inc.

By   s/ *John D. Cadagan*
    Mark Wilner, WSBA #31550
    John D. Cadagan, WSBA #47996
    600 University Street, Suite 2915
    Seattle, Washington 98101
    206.467.6477
    mwilner@gordontilden.com
    jcadagan@gordontilden.com

DATED this 18th day of June, 2021.

**BULLIVANT HOUSER BAILEY PC**
Attorneys for Defendant Philadelphia Indemnity Insurance Company

By   s/ *Daniel R. Bentson*
    Daniel R. Bentson, WSBA #36825
    925 Fourth Avenue, Suite 3800
    Seattle, Washington 98104
    206.292-8930
    daniel.bentson@bullivant.com

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS - 2
No. 2:21-cv-00174-BJR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

# ORDER

IT IS HEREBY ORDERED that this Stipulation and Order Regarding Briefing Schedule on Defendant's Motion to Dismiss is GRANTED. The briefing schedule is as follows:

- Defendant filed its Motion to Dismiss on Friday, June 18, 2021;
- Plaintiff shall file its opposition on Monday, July 19, 2021; and
- Defendant shall file its Reply on Thursday, August 19, 2021.

DATED: June 22, 2021.

*Barbara J Rothstein*

The Honorable Barbara Jacob Rothstein
U.S. District Court Judge

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS - 3
No. 2:21-cv-00174-BJR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477